FILED'10 OCT 28 15:49USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CITIZENS FOR CONSTITUTIONAL
FAIRNESS, et al.,

    Plaintiffs,

v.

JACKSON COUNTY, et al.,

    Defendants.

Civ. No. 08-3015-PA

**ORDER**

---

**PANNER, J.**

In this civil rights action, I ruled that defendants violated plaintiffs' rights under the Contract Clause and separation of powers because defendants refused to honor plaintiffs' Measure 37 waivers of land use regulations. <u>Citizens for Constitutional Fairness v. Jackson County</u>, 2008 WL 4890585 (D. Or. Nov. 12, 2008) (<u>Citizens I</u>). I issued a judgment under Federal Rule of Civil Procedure 54(b), allowing immediate appeal, and stayed proceedings on plaintiffs' remaining claims pending resolution of the appeal.

1 - ORDER

The Ninth Circuit reversed <u>Citizens I</u>, ruling that Measure 37 waivers are neither contracts nor judgments. <u>Citizens for Constitutional Fairness v. Jackson County</u>, 2010 WL 2836106 (9th Cir. 2010) (memorandum disposition). The Ninth Circuit's decision disposes of plaintiffs' remaining claims.

## CONCLUSION

Based on the Ninth Circuit's decision, the stay is lifted and this action is dismissed. All pending motions are denied as moot.

DATED this 28 day of October, 2010.

/s/ Owen M. Panner
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER